Michael S. ROSS, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2011–5061.

United States Court of Appeals,
Federal Circuit.

Dec. 22, 2011.

## ON MOTION

## ORDER

Michael S. Ross submits a nonconforming brief, which the court treats as a motion to reinstate his appeal. Ross also submits various letters about his case.

Any arguments should be in the briefs, not in separate letters to the court.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted, the mandate is recalled, and the appeal is reinstated. The nonconforming brief is accepted as Ross's opening informal brief. The United States should calculate its brief due date from the date of service of this order.